**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1193**

───────────

LYNETTE COOPER,

        Plaintiff - Appellant,

    v.

THE CITY OF BALTIMORE; MAYOR BRANDON M. SCOTT,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge.  (1:24-cv-03742-MJM)

───────────

Submitted:  August 28, 2025                    Decided:  September 2, 2025

───────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Lynette Cooper, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynette Cooper appeals the district court's order dismissing for lack of subject matter jurisdiction Cooper's 42 U.S.C. § 1983 complaint, which was filed in forma pauperis.[*] We have reviewed the record and discern no reversible error. *See, e.g.*, *Neitzke v. Williams*, 490 U.S. 319, 327-28 & n.6 (1989). Accordingly, we affirm the district court's order. *See Cooper v. City of Baltimore*, No. 1:24-cv-03742-MJM (D. Md. Feb. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Cooper's motions for injunctive relief and for the appointment of counsel on appeal.